# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 432 EAL 2020

         Respondent              :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

       v.                         :

RANDY RAMOS,                   :

         Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 433 EAL 2020

         Respondent               :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

       v.                         :

RANDY RAMOS,                   :

         Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 434 EAL 2020

         Respondent               :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

       v.                         :

RANDY RAMOS,                   :

         Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 435 EAL 2020

         Respondent               :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

       v.                         :

RANDY RAMOS,

           Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.